IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rockett, Glenn A | Case Number: 07 B 08607 |
| Rockett, Virginia | Judge: Hollis, Pamela S |
| Printed: 11/04/08 | Filed: 5/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 22, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,348.00 | |
| Secured: | | 3,995.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 352.22 |
| Other Funds: | | 0.00 |
| Totals: | 6,348.00 | 6,348.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 7,435.39 | 3,950.40 |
| 4. | Wells Fargo Home Mortgage | Secured | 19,111.78 | 45.38 |
| 5. | Americredit Financial Ser Inc | Unsecured | 2,969.63 | 0.00 |
| 6. | SDC Credit Union | Unsecured | 948.00 | 0.00 |
| 7. | Capital One | Unsecured | 971.56 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,220.48 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 1,714.01 | 0.00 |
| 10. | Tri Cap Investment Partners | Unsecured | 2,259.05 | 0.00 |
| 11. | Check Into Cash | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | VCA Chicago Heights Animal Hospital | Unsecured | | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Check N Go | Unsecured | | No Claim Filed |
| 16. | Greenspan Optometric Associates | Unsecured | | No Claim Filed |
| 17. | St James Hospital | Unsecured | | No Claim Filed |
| 18. | Jewel Osco | Unsecured | | No Claim Filed |
| 19. | Murray's Discount Auto | Unsecured | | No Claim Filed |
| 20. | Majestic Star Casino | Unsecured | | No Claim Filed |
| 21. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| | | | $ 38,629.90 | $ 5,995.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rockett, Glenn A
Rockett, Virginia
Printed: 11/04/08

Case Number:  07 B 08607
Judge:  Hollis, Pamela S
Filed:  5/10/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 296.58 |
| 6.5% | 55.64 |
|  | $ 352.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

